THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARVIUS DANTEE SETTLES**                                                                                             **PLAINTIFF**

v.                               Case No. 2:21-cv-00036 KGB-ERE

**MARCUS ETHERLY,**
**Captain, East Arkansas Regional Unit,**
**Arkansas Division of Correction,** *et al*.                                                                **DEFENDANTS**

## ORDER

Before the Court is the partial recommended disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 14). The parties have not filed any objections to the partial recommended disposition, and the time for filing objections has passed. After careful review of the partial recommended disposition, the Court concludes that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Jarvius Dantee Settles' claims against defendant Mallard are dismissed without prejudice.

So ordered this 28th day of December, 2021.

_____
Kristine G Baker
United States District Judge