THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARVIUS DANTEE SETTLES**                                                                 **PLAINTIFF**

v.                              Case No. 2:21-cv-00036 KGB-ERE

**MARCUS ETHERLY,**
**Captain, East Arkansas Regional Unit,**
**Arkansas Division of Correction,** *et al*.                                        **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 26). Plaintiff Jarvius Dantee Settles has not filed any objections to the Recommended Disposition, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court grants defendants' Marcus Etherly and Shaquille Beale's motion for summary judgment (Dkt. No. 20). The Court dismisses without prejudice Mr. Settles's claims (Dkt. No. 2). The relief sought is denied.

Also before the Court is a motion to withdraw and substitute counsel (Dkt. No. 28). Defendants move to allow the withdrawal of William C. Bird as counsel and to substitute Michael Fincher as counsel for Defendants. The Court grants the motion and directs the Clerk to remove Mr. Bird as counsel of record for Defendants and to substitute Mr. Fincher.

So ordered this 18th day of August, 2022.

_____
Kristine G Baker
United States District Judge