THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARVIUS DANTEE SETTLES**                                                                                   **PLAINTIFF**

v.                              Case No. 2:21-cv-00036 KGB-ERE

**MARCUS ETHERLY,**
**Captain, East Arkansas Regional Unit,**
**Arkansas Division of Correction,** *et al*.                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jarvius Dantee Settles's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged, this 18th day of August, 2022.

_____
Kristine G Baker
United States District Judge